THE CONTINENTAL INSURANCE COMPANY and Another, Respondents, v. JOSEPH MERCADANTE, Appellant, Impleaded, etc.— Order so far as appealed from affirmed,

with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.